ORIGINAL

FILED
CLERK, U.S DISTRICT COURT

AUG 28 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robb Evans, as Receiver for TLC America, Inc.<br><br>PLAINTIFF(S),<br>v.<br>James F. Garro, et al<br><br>DEFENDANT(S). | CASE NUMBER: CV 01-06466 GHK (CTx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>(Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated August 24 2001

_____
David O. Carter
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Carter _____ for further proceedings

Dated: 8/27/01

_____
George H. King
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

_____
United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case SACV 00-960 DOC (EEx) and the present case

X A.    appear to arise from the same or substantially identical transactions, happenings or events.

☐ B.    involve the same plaintiff, or the same or substantially the same parties or property.

☐ C.    involve the same patent, trademark or copyright.

X D.    call for determination of the same or substantially identical questions of law.

X E.    likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ Turchin _____ to Magistrate Judge _____ Nakazato _____

On all documents subsequently filed in this case, please substitute the initials _____ DOC (ANx) _____ after the case numb place of the initials of the prior judge, so that the case number will read SACV 01-819 DOC(ANx) . This is very impor because documents are routed to the assigned judges by means of these initials.  ENTERED ON ICMS 8/29/01

CV-34 (09/97)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

AUG 28 2001