# ORIGINAL

```
FILED
CLERK, U.S. DISTRICT COURT

AUG 2 8 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robb Evans, as Receiver for TLC America, Inc.<br><br>PLAINTIFF(S),<br>v.<br>James F. Garro<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 01-6466 GHK (CTx)<br><br>NOTICE RE INTRA-DISTRICT<br>TRANSFER BY CLERK OF COURT |

TO:  ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the ☐ Western ■ Southern ☐ Eastern Division of the United States

District Court by ___Order Re: Transfer Purs to GO 224 (Related Case)___

filed ___8/28/01___ .

This case has been reassigned to case number   SA CV ___01-819 DOC (ANx)___ and

assigned to Judge ___David O. Carter___ for all further proceedings. Any

discovery matters that are or may be referred to a Magistrate Judge are hereby referred to

Magistrate Judge ___Arthur Nakazato___

All documents subsequently filed in this case must reflect the new case number and Judge and Magistrate

Judge initials,  SACV _01-819 DOC (ANx)___

CLERK, U. S. DISTRICT COURT

By ___Kathy M. Chin___
Deputy Clerk

Orig:    Case File
cc:      Previously Assigned Judge
         Newly Assigned Judge
         Previously Assigned Magistrate Judge
         Newly Assigned Magistrate Judge
         Deputy-In-Charge
         Case Assignment Administrator
         Statistics Clerk
         Counsel of Record

ENTERED ON ICMS 8/29/01

CV-3    (2/00)                    NOTICE RE INTRA-DISTRICT TRANSFER